ALDEN B. STOCKWELL, Appellant, *v.* JOSEPH RICHARDSON, Respondent.

(Argued December 14, 1886; decided February 9, 1886.)

*Samuel Hand* for appellant.

*Aaron J. Vanderpoel* for respondent.

Agree to affirm on opinion below.
DANFORTH, EARL and FINCH, JJ., dissenting.
Judgment affirmed.

---

ORVILLE DINGEE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted January 19, 1886 ; decided February 9, 1886.)

*Close & Robertson* for appellant.

*A. J. Adams* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN FAY et al., Respondents, *v.* JOHN T. LYNCH, Impleaded, etc., Appellant.

(Argued January 19, 1886; decided February 9, 1886.)

*W. F. Dunning* for appellant.

*John W. Weed* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.